# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2899
LT Case No. 2023-031849-CICI

———————————————

LAFAYETTE J. SAMPSON,

 Appellant,

 v.

RED N. AELO FAMILY TRUST, A
FLORIDA LAND TRUST WITH
KODACORP, LLC, AS TRUSTEE
ONLY,

 Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Tanner Andrews, of Tanner Andrews, P.A., DeLand,
for Appellant.

Victoria C. Zinn, Daytona Beach, for Appellee.

July 28, 2026

PER CURIAM.

 AFFIRMED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____